UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No.  2:18-cv-1302 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| M.D. STAINER, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that he be granted photocopy access.  ECF No. 49.  In the motion, plaintiff alleges that he is not currently allowed to physically access the library to obtain copies and is instead required to send requests for copies to the library through institutional mail, which is "un-confidential and unreliable."  Id. at 1-2.  Plaintiff requests that the court order the litigation coordinator at his facility to direct the program office and yard sergeant to provide him with access to a photocopier so long as he submits a trust withdrawal form for the appropriate costs.  Id. at 3-4.

    Although the court is sympathetic to plaintiff's dissatisfaction and distrust of the current method available for obtaining copies, there is no evidence that this method is insufficient or that copies are unavailable.  Furthermore, plaintiff has failed to identify what documents he needs copied.  This case is currently scheduled for a settlement conference on March 24, 2022, ECF No.

48, and aside from the exchange of settlement conference statements, there are no current deadlines pending.

Accordingly, for the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's motion for copies, ECF No. 49, is DENIED.

DATED: March 1, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE